UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAJESH JAT, A226 103 853,

    Petitioner,

    v.

MARKWAYNE MULLIN, Secretary
of the U.S. Department of
Homeland Security, et al.,

    Respondents.

CIVIL ACTION NO. 3:26-cv-01162

(SAPORITO, J.)

## ORDER

AND NOW, this 26th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED in part and DENIED in part**—the petition is **GRANTED** to the extent that the Government will be ordered to provide him with an individualized bond hearing, and it is **DENIED** for lack of jurisdiction with respect to the petitioner's request for an order enjoining his removal from the United States while removal proceedings remain pending;

2.    The government shall either provide Jat with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Jat on his own recognizance, pursuant to 8 U.S.C.

§ 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4. The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5. The clerk is directed to mark this case as **CLOSED**.

_**s/Joseph F. Saporito, Jr.**_
JOSEPH F. SAPORITO, JR.
United States District Judge